JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAMS, | ) | No. CV 13-06097-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. D. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 30, 2014

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE